IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

United States of America )
    vs. ) Criminal Number **13-171-001**
)
**NEIL M. NIREN  MD** )

The above named defendant satisfied the judgment of  **NOVEMBER 08, 2013**
by  paying on  **NOVEMBER 18, 2013**   the full balance due on court ordered:

    _X _  Assessment

    _X _ Fine

    _____ Costs

    _____ OTHER

The Court's docket and judgment index should be marked to reflect  satisfaction of the judgment.

_____     11-22-2013
Deputy Clerk                                                          Date